IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-94-0281 |
| v. | * | Civil No. – JFM-16-2059 |
| | * | |
| CRAIG SCOTT | * | |

\*\*\*\*\*\*

## MEMORANDUM

Craig Scott has filed a motion under 28 U.S.C. §2255 (document 283). The motion will be denied.

Assuming that *Johnson v. United States*, 135 S.Ct. 2551 (2015) applies to 18 U.S.C. § 924(c)(3)(b), bank robbery remains a crime of violence under § 924(c)(3) and Scott, who was convicted of bank robbery, is therefore not entitled to relief.

Date: 2/22/17

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 FEB 22 PM 3:49
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY